IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM E. GOLLIHER, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil No. **04-879-DRH** |
| **JACKSON COUNTY ILLINOIS,** ) | |
| **SHERIFF'S DEPARTMENT, ,** ) | |
| **MICHAEL TEAS, ROBERT BURNS,** ) | |
| **DAN D. STONE, RYAN SYKES,** ) | |
| **MIKE RYAN, and** ) | |
| **FRED HUNZIKER,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court for purposes of docket control.

The Court notes that plaintiff's recently filed Motion for Appointment of Counsel **(Doc. 34)** did not contain a proper certificate of service.

**Fed.R.Civ.P. 5(a)** requires that plaintiff serve copies of all his pleadings on defendants' attorneys. Service can be made by mailing the copies to the attorneys. Per **Rule 5(d),** each pleading filed with the Court must include a certificate of service which states that plaintiff has mailed the required copies to defendants' attorneys.

In the future, the Court will not accept any pleading from plaintiff which does not contain a proper certificate of service.

 **IT IS SO ORDERED.**

 **DATE:  August 22, 2005.**

 **s/ Clifford J. Proud**
 **CLIFFORD J. PROUD**
 **UNITED STATES MAGISTRATE JUDGE**