IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM E. GOLLIHER, JR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil No. **04-879-DRH**<br>**JACKSON COUNTY ILLINOIS,** )<br>**SHERIFF'S DEPARTMENT, ,** )<br>**MICHAEL TEAS, ROBERT BURNS,** )<br>**DAN D. STONE, RYAN SYKES,** )<br>**MIKE RYAN, and** )<br>**FRED HUNZIKER,** )<br>)<br>Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court for purposes of docket control.

The Court has previously warned plaintiff that any paper filed by him must be accompanied by a certificate of service.  **See, Doc. 36.**  Despite being previously warned, plaintiff has sent correspondence lacking a certificate of service to the Court.

**The Clerk of Court is directed to return to plaintiff his correspondence of May 23, 2006, with his copy of this Order.**

IT IS SO ORDERED.

DATE: June 7, 2006.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**