IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM E. GOLLIHER, JR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil No. **04-879-DRH**<br>**JACKSON COUNTY ILLINOIS,** )<br>**SHERIFF'S DEPARTMENT, ,** )<br>**MICHAEL TEAS, ROBERT BURNS,** )<br>**DAN D. STONE, RYAN SYKES,** )<br>**MIKE RYAN, and** )<br>**FRED HUNZIKER,** )<br>)<br>Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Hold in Abeyance All Actions. **(Doc. 69).**

Plaintiff asks the Court to stay proceedings because he expects to be transferred to another prison. This is not an adequate reason. It has been the Court's experience that an inmate's mail is forwarded through the BOP if he has been transferred. In any event, should plaintiff miss a deadline because he is in transit, the Court will be lenient in granting an extension upon the filing of the appropriate motion.

Plaintiff should keep the Court and defendants informed of his address.

Upon consideration and for good cause shown, plaintiff's Motion to Hold in Abeyance All Actions **(Doc. 69)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  August 8, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**