IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM E. GOLLIHER, JR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JACKSON COUNTY ILLINOIS,** )<br>**SHERIFF'S DEPARTMENT, ,** )<br>**MICHAEL TEAS, ROBERT BURNS,** )<br>**DAN D. STONE, RYAN SYKES,** )<br>**MIKE RYAN, and** )<br>**FRED HUNZIKER,** )<br>)<br>Defendants. ) | Civil No. **04-879-DRH** |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are defendants' Motions to Strike.  **(Docs. 57 and 58).**

Plaintiff was granted an extension of time, up to and including March 31, 2006, in which to respond to defendants' motions for summary judgment.  **See, Doc. 52**.  He filed a response in that time.  **Doc. 54.**  Thereafter, on June 12, 2006, plaintiff filed a pleading titled "Supplemental Response."  **Doc. 56.**  Defendants now move to strike **Doc. 56** as untimely.

While **Doc. 56** does contain some details not previously included in the record, the general issue raised is not new.  Plaintiff raises the issue that his wife had no authority to consent to a search of his house; that issue has been raised in every pleading filed by plaintiff since defendants' first motion for summary judgment.  In view of plaintiff's pro se status, the Court will not strike his pleading, but will consider it for what it is worth in connection with the pending motions for summary judgment.

Upon consideration and for good cause shown, defendants' Motions to Strike **(Docs. 57 and 58)** are **DENIED**.

1

**IT IS SO ORDERED.**

**DATE:  August 24, 2006.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**